THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES E. BRACKETT, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, Respondent.—

All concur.

JOSEPHINE MIDOLLA, Respondent, v. PEPPER BROTHERS CONTRACTORS, INC., Defendant, and C. D. MURRAY COMPANY, INC., Defendant-Appellant.—

All concur.

In the Matter of MAX PROYECT, Judgment Creditor, Respondent, v. HYMAN BERGMAN, Judgment Debtor, Appellant.—

All concur.